Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000780
06-DEC-2018
10:29 AM

NO. CAAP-16-0000780


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


NATHAN PACO, Plaintiff-Appellant, v.
MARY K. MYERS, dba MARY K. MEYERS, Ph.D.,
dba MARY MYERS, Ph.D., INC., aka
MARY MYERS, TRUST, Defendant-Appellee,
and DOES 1-10, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 16-1-0842))


ORDER OF CORRECTION
(By: Leonard, J., for the court[1])


IT IS HEREBY ORDERED that the Summary Disposition Order filed on November 27, 2018, is corrected by adding the following header on each page:

"NOT FOR PUBLICATION IN WEST'S HAWAI'I
REPORTS AND PACIFIC REPORTER"

---

[1] Ginoza, Chief Judge, Fujise and Leonard, JJ.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawai'i, December 6, 2018.

FOR THE COURT:

Associate Judge